**Janice Wolk GRENADIER,**
**Debtor-Appellant,**

v.

**Thomas Patrick GORMAN,**
**Trustee-Appellee,**

and

**Judy A. Robbins, US Trustee, Trustee.**

**George Edward McDermott, Appellant.**

**Janice Wolk Grenadier, Debtor,**

**Judy A. Robbins, US Trustee; Thomas Patrick Gorman, Trustees.**

**Janice Wolk Grenadier, a/k/a J. W. Grenadier, a/k/a Janice Grenadier, Debtor-Appellant,**

v.

**Ilona Ely Freedman Grenadier Heckman, Defendant-Appellee,**

v.

**Judy A. Robbins; Thomas Patrick Gorman, Trustees.**

**Janice Wolk Grenadier, Debtor-Appellant,**

v.

**Thomas Patrick Gorman, Trustee-Appellee,**

and

**Judy A. Robbins, US Trustee, Trustee.**

No. 17-1540, No. 17-1573, No. 17-1710, No. 17-1737

United States Court of Appeals, Fourth Circuit.

Submitted: November 16, 2017

Decided: November 20, 2017

Janice Wolk Grenadier, George Edward McDermott, Appellants Pro Se. Thomas Patrick Gorman, OFFICE OF THE CHAPTER 13 TRUSTEE, Alexandria, Virginia; Andrea L. Moseley, DIMURO-

**176**

GINSBERG, PC, Alexandria, Virginia, for Appellees.

Before GREGORY, Chief Judge, and TRAXLER and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janice Wolk Grenadier and George Edward McDermott appeal the district court's orders dismissing Grenadier's bankruptcy appeals and denying McDermott's motions to intervene and to confirm. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeals for the reasons stated by the district court. *Grenadier v. Gorman*, No. 1:16-cv-01461-CMH-IDD (E.D. Va. Apr. 3 & May 5, 2017); *McDermott*, No. 1:16-cv-01461-CMH-IDD (E.D. Va. Apr. 24, 2017); *Grenadier v. Heckman*, No. 1:16-cv-01448-GBL-TCB (E.D. Va. May 10, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*